AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| United States of America<br>v.<br><br>ALANTE MALIK JACKSON<br>*Defendant(s)* | )<br>)<br>) Case No. 21-MJ-6156<br>)<br>)<br>)<br>) |

FILED
SEP 27 2021
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __September 20, 2021__ in the county of __Peoria__ in the __Central__ District of __Illinois__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 United States Code, Section 922(g) | defendant herein, having knowingly been previously convicted under the laws of the State of Illinois of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate and foreign commerce, a firearm. |

This criminal complaint is based on these facts:

See attached Affidavit

☑ Continued on the attached sheet.

s/Kevin Brown

*Complainant's signature*

KEVIN BROWN, ATF
*Printed name and title*

Sworn and subscribed to me telephonically pursuant to Fed. R. Crim. P. 41(d)(3) and Rule 4.1.

s/Jonathan E. Hawley

Date: 09/27/2021

*Judge's signature*

City and state: Peoria, Illinois

Jonathan E. Hawley, United States Magistrate Judge
*Printed name and title*

# AFFIDAVIT
# IN SUPPORT OF CRIMINAL COMPLAINT

## I. Background

I, Special Agent Kevin Brown, (hereinafter "Your Affiant"), do hereby depose and state the following:

1. Your Affiant is a Special Agent of the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (hereinafter "ATF"). Your Affiant has been a law enforcement officer since April 2009.

2. This affidavit is submitted in support of a criminal complaint alleging that **Alante Jackson** violated Title 18, United States Code, Section 922(g) (Felon in Possession of a Firearm).

3. Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint, I have not included each and every fact known to me in this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that the defendant committed the offense alleged in the complaint.

4. The statements contained within this Affidavit are based on: (a) my personal participation in this investigation; (b) information provided to me by other federal, state, and local law enforcement officers; (c) my training and experience and the training and experience of other law enforcement agents with whom I have spoken.

II. **Summary**

5. On September 20, 2021, Peoria Police Officers observed a black Dodge Charger parked at a Shell gas station located at 1900 N. Knoxville Avenue, Peoria, Illinois. The officers believed this vehicle to be the same Dodge Charger that Peoria Police Officers have attempted to stop on more than one occasion due to the vehicle's involvement in shooting investigations. The Dodge Charger was believed to be stolen, and at one point was observed by Peoria PD Officers with stolen Alabama license plates affixed to the vehicle. As officers continued driving towards the Shell gas station, they observed **Alante Jackson** exit the gas station carrying a backpack and approach the Dodge Charger. As the officers drove into the parking lot, **Alante Jackson** looked at their vehicle. After looking at the officer's vehicle, **Alante Jackson** quickly got into the Dodge Charger and fled eastbound on Nebraska Avenue at a high rate of speed. Officers believed, and later confirmed, that **Alante Jackson** did not have a valid driver's license. Officers observed **Alante Jackson's** direction of travel and followed along his path when they located the black Charger stopped on the 600 block of Frye Street. Officers observed Jackson exit the vehicle still carrying a backpack.

6. One officer pursued **Alante Jackson** on foot and observed that the backpack now appeared to be open. **Alante Jackson** was apprehended and taken into custody. The keys to the Dodge Charger, a cell phone and a backpack containing **Alante Jackson 's** personal property were located near his arrest location.

7. A witness approached a Peoria Police Officer and took him to the rear of a residence along the flight path of **Alante Jackson**. The witness stated that she observed

**Alante Jackson** running between houses, pause to throw something onto the roof of a garage, and then continue running. The witness explained where **Alante Jackson** threw the object. Officers utilized a ladder to climb on top of the garage that the witness pointed out. Officers located a Glock, Model 23, .40 caliber pistol, SN: YDX010 on top of leaves on the roof of the garage. The firearm appeared to have been recently placed on the roof as it was not covered by leaves and did not appear to have any weathering.

8. Record checks indicate that **Alante Jackson** has been previously convicted of a crime punishable by more than one year in prison.

9. The firearm possessed by **Alante Jackson** was manufactured outside of the state of Illinois.

s/Kevin Brown

_____
Kevin D. Brown, Special Agent
Bureau of Alcohol, Tobacco, Firearms &
Explosives

Sworn and subscribed to me by telephone pursuant to Fed. R. Crim. P. 41(d)(3) and Rule 4.1 this 27th day of September, 2021.

s/Jonathan E. Hawley

_____
Jonathan E. Hawley
United States Magistrate Judge
Peoria, Illinois